# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: JOSE J ORTEGA MERCADO

Bkrtcy. No. 11-01698-SEK

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date: Feb 28, 2011 | Meeting Date: Mar 31, 2011 | DC Track No. 25 |
| Days from petition date: 31 | Meeting Time: 3:00 PM | |
| 910 Days before Petition: 9/1/2008 | ☐ Chapter 13 Plan Date: Feb 28, 2011 Dkt.# 2 | ☐ Amended. |
| This is debtor(s) 2nd Bankruptcy petition. | Plan Base: $27,000.00 | |
| This is the 1st Scheduled Meeting | Confirmation Hearing Date: Apr 26, 2011 | Time: 9:00 AM |
| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No.     Date     Amount | Total Paid In: $450.00 |

### I. Appearances: ☐ Telephone ☐ Video Conference    ☐ Creditor(s) present: ☑ None.

☑ Debtor Present    ☑ ID & Soc. OK    ☐ Debtor Absent
☐ Joint Debtor Present    ☐ ID & Soc. OK    ☐ Joint Debtor Absent
Debtor(s) was/were ☑ Examined ☐ Not Examined under oath.
Attorney for Debtor(s) ☑ Present ☐ Not Present
☐ Substitute attorney:    ☐ Pro-se.

### II. Attorneys Fees as per R 2016(b) Statement    Attorney of record: JOSE PRIETO CARBALLO*
Total Agreed: $3,000.00    Paid Pre-Petition: $106.00    Outstanding: $2,894.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss: ☐ For Failure to appear; ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☑ Under ☐ Above Median Income.    Liquidation Value: $12,236.00
Commitment Period is ☑ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: N/A
The Trustee ☐ RECOMMENDS ☑ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☑ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for:

### V. Trustee's OBJECTIONS to Confirmation:
☑ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

### ADDITIONAL OBJECTIONS/ COMMENTS:

(1) Schedule A will be amended to correct the value of the property therein listed. The correct value is $125,000. Debtor invested $40,000.00 in fixing his home. Debtor will submit evidence of the value given to the property.

Schedule I will be amended to correct SS Benefit

/s/ José R. Carrión
Trustee      Presiding Officer      Page 1 of 4      Date: Mar 31, 2011

STANDING CHAPTER 13 ...
AND REPORT ON CONFIRMATION

Case No. 11-01698 SEK

**ADDITIONAL OBJECTIONS / COMMENTS:**

Amount
Schedule J will be amended

Debtor failed to make March payment of the mortgage.

Trustee / Presiding Officer          Page 2 of 2          Date: March 31, 2011